In *State* v. *Donaldson*, from Beaufort:

ASHE, J. There is no appeal bond filed in the case nor any order allowing the defendant to appeal without giving security. The invariable rule of this court in such cases is to dismiss the appeal. *State* v. *Walker*, 82 N. C., 696; *State* v. *Patrick*, 72 N. C., 217; *State* v. *Spurtin*, 80 N. C., 362.

The appeal is therefore dismissed. Let this be certified to the superior court of Beaufort county.

PER CURIAM. Appeal dismissed.